

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00134-CV

**KENNETH MICHAEL CLULEY,**

**Appellant**

 **v.**

**JANE DOE,**

**Appellee**

### From the 414th District Court
### McLennan County, Texas
### Trial Court No. 2012-1144-5

## ABATEMENT ORDER

Appellant, Kenneth Michael Cluley, file an unopposed plea to abate his appeal. The plea states that the parties have reached a mediated resolution of all the issues in the case and will be implementing their agreement no later than June 30, 2014.

We grant the plea and abate this appeal. The appellant is ordered to report on the status of the mediated resolution of the case no later than July 2, 2014. The appeal and all appellate deadlines are suspended as of the date of this Order. The suspension

of the appeal will be lifted on July 2, 2014.  If the matter is not resolved, appellant's brief

will be due on July 9, 2014.


PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Plea granted; Appeal abated
Order issued and filed January 23, 2014